IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRIAN KURUZOVICH ,                                  ORDER

           Petitioner,

                                              09-cv-153-bbc

      v.

WISCONSIN STATE LEGISLATIVE COUNCIL;
STEVE WATTERS, SRSTC Director;
WENDY NORBERG, SRSTC Deputy Director;
STEVE SCHNEIDER, SRSTC Security Director; and
JOHN and JANE DOE, et al.;

          Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In response to an order entered in this case on March 19, 2009, petitioner Brian Kuruzovich has submitted a resident account statement for the six-month period immediately preceding the filing of the complaint. From this statement, I conclude that petitioner has the means to prepay a portion of the filing fee in the amount of $19.51. Petitioner is reminded that paying the amount I have determined he is able to prepay is just the first step in obtaining leave to proceed <u>in forma pauperis</u> under 28 U.S.C. § 1915. After the court receives petitioner's payment, I will take his complaint under advisement for a determination under § 1915(e)(2) whether the action or any portion of it must be dismissed as frivolous

1

or malicious, for failure to state a claim on which relief may be granted or because petitioner seeks monetary relief against a defendant who is immune from such relief.

ORDER

IT IS ORDERED that petitioner qualifies for pauper status on the condition that he prepay $19.51 of the $350 filing fee. He is to submit a check or money order made payable to the clerk of court in that amount on or before April 24, 2009. If, by April 24, 2009, petitioner fails to prepay the amount he has been ordered to pay, I will dismiss his case for failure to prosecute.

Entered this 2nd day of April, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge